JOSEPH KANNER, an Infant, by ISAAC KANNER, His Guardian ad Litem, Respondent, v. THE F. & M. SCHAEFER BREWING COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ISAAC KANNER, Respondent, v. THE F. & M. SCHAEFER BREWING COMPANY, Appellant, Impleaded with Another.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce judgment as entered to the sum of $575.72,

in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.